```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California State Bar No. 149883
    Federal Courthouse, 14th Floor
    312 No. Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
    Email: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America
```

FILED
CLERK U.S. DISTRICT COURT
JUL 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF THE INTERNET DOMAIN NAME "DAJAZ1.COM" | CR MISC. NO. 11-00110<br><br>ORDER EXTENDING FOR AN ADDITIONAL SIXTY DAYS THE DEADLINE FOR FILING OF CIVIL FORFEITURE COMPLAINT<br><br>[UNDER SEAL] |

The United States of America has applied to this Court ex parte for an order providing that the ninety-day complaint filing deadline of 18 U.S.C. § 983(a)(3)(A) be extended for a period of sixty days.

Upon consideration of the application and the entire record herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application should be and hereby is GRANTED. The deadline for filing a civil forfeiture

/ / /

/ / /

complaint against the above-captioned asset is hereby extended from July 15, 2011 to September 13, 2011.

DATED: 07.18.11 /2011

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America